CO-386
10/2018

# United States District Court
# For the District of Columbia

CAMPAIGN LEGAL CENTER )
)
)
)
Plaintiff )
vs )    Civil Action No.   23-075
)
CORRECT THE RECORD and )
HILLARY FOR AMERICA )
)
Defendant )

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for  Campaign Legal Center  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Campaign Legal Center  which  have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Tara Malloy
_____
DC Bar No. 988280                                    Signature
_____        Tara Malloy
BAR IDENTIFICATION NO.                          _____
                                                                    Print Name
                                                                    1101 14th St. NW, Suite 400
                                                                    _____
                                                                    Address
                                                                    Washington, DC 20005
                                                                    _____
                                                                    City                State            Zip Code
                                                                    (202) 736-2200
                                                                    _____
                                                                    Phone Number